# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

ANTONIO GRIFFIN,  )
  )
    Movant,  )
  )
v.  )   Case No. CV411-261
  )            CR410-005
UNITED STATES OF AMERICA,  )
  )
    Respondent.  )

## ORDER

Antonio Griffin filed a 28 U.S.C. § 2255 motion alleging, *inter alia*, that his attorney, L. Nicole King, failed to file a direct appeal upon his request. CR410-005, doc. 66 at 4. In response the government said that it "does not believe after *thoroughly reviewing* the case that it is likely to prevail at an evidentiary hearing on these issues." Doc. 72 at 8 n. 1 (emphasis added). It later filed a supplemental brief wherein it

> concede[d] the facts alleged by Griffin as to that claim: that Griffin asked his attorney to file an appeal, and that Griffin's attorney did not file that appeal. The government proffers no evidence to contradict those facts alleged by Griffin. Consequently, there being no issue of fact, the government further concedes that the Court may grant relief on that claim in Griffin's favor without any need for an evidentiary hearing.

Doc. 74 at 1 (cite omitted). Relying upon the government's factual representation and concession, the Court issued a Report and Recommendation (R&R) advising that Griffin be granted a new appeal. Doc. 75 at 3. The district judge rejected the R&R and directed an evidentiary hearing on this point. Doc. 79. Within 21 days the government shall file an affidavit from attorney King in support of the government's "thorough review" that led it to its concession.

**SO ORDERED**, this 13th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA