UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTONIO GRIFFIN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. CV411-261 |
| | ) | CR410-005 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Antonio Griffin has complied with this Court's September 13, 2012 Order by filing a CJA affidavit showing that he is indigent. CR410-005, doc. 83. Accordingly, the Deputy Clerk shall appoint him new counsel, then schedule the previously referenced evidentiary hearing. *See* doc. 82.

**SO ORDERED**, this 28th day of September, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA